JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANDRE PETROSYAN,

    Petitioner,

v.

R. FISHER, JR.,

    Respondent.

NO. CV 18-6169-DSF (KS)

JUDGMENT

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: February 6, 2019

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE